In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00326-CR
_____

IN RE THOMAS WAYNE PARKER

Original Proceeding
Criminal District Court of Jefferson County, Texas
Trial Cause No. 16-26054

MEMORANDUM OPINION

Relator Thomas Wayne Parker filed a *pro se* petition for writ of mandamus,

in which he alleges that the trial court has refused to rule on his motion to award him

the proper amount of pre-sentence jail-time credits. Parker has not demonstrated that

he is clearly entitled to mandamus relief from this Court. *See State ex rel. Hill v.*

*Court of Appeals for Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001)

(holding that to establish entitlement to a writ of mandamus, a relator must establish

that the trial court failed to perform a ministerial duty and that relator has no other

1

adequate legal remedy). Accordingly, we deny relief on the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on October 1, 2019
Opinion Delivered October 2, 2019
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.